## Roy MARTINO, Appellant, v. UNITED STATES of America, Appellee.
### No. 7136.

Circuit Court of Appeals, Fifth Circuit.
April 18, 1934.

J. A. Collier, of Houston, Tex., for appellant.

Douglas W. McGregor, Asst. U. S. Atty., of Houston, Tex.

Before BRYAN, SIBLEY, and HUTCH-ESON, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment of conviction for violations of the National Prohibition Act (27 USCA § 1 et seq.). Upon the authority of United States v. Chambers, 54 S. Ct. 434, 78 L. Ed. ——, 89 A. L. R. 1510, the judgment is reversed and annulled.